UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RAYMOND DELEON MARTINEZ, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. 4:13-CV-1994 |
| | § | |
| WILLIAM STEPHENS, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

In accordance with the Court's Memorandum and Order of even date, this Court **DENIES** Raymond Deleon Martinez's petition under 28 U.S.C. § 2254 and **DENIES** Martinez a Certificate of Appealability.

This is a final judgment.

SIGNED at Houston, Texas, this 19th day of March, 2015.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE